UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SCOTT AXEL,

        Plaintiff,

v.

FIELDS MOTORCARS OF FLORIDA, INC.,

        Defendant.

Case No.: _____

_____/

## DEFENDANT'S NOTICE OF REMOVAL

COMES NOW the Defendant, Fields Motorcars of Florida, Inc. ("Defendant"), a Florida corporation, by and through its undersigned attorneys, pursuant to 28 U.S.C. Section 1441, and hereby removes this action from the Florida Circuit Court of the Tenth Judicial Circuit in and for Polk County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division, and in support of such removal states, as follows:

    1.    On November 24, 2014, the Plaintiff, Scott Axel ("Plaintiff"), commenced this civil action in the Florida Circuit Court, Tenth Judicial Circuit, in and for Polk County, Florida, where it is assigned Case Number 14-CA-004676. In his Complaint, Plaintiff alleges that Defendant failed to compensate him for work performed in violation of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201-219 ("FLSA"). Plaintiff also alleges a violation of the Florida Minimum Wage Act, Section 448.110, Florida Statutes, and equitable claims of quantum meruit and unjust enrichment. Defendant was served with the Complaint on December 15, 2014.

    2.    This Notice is timely filed within 30 days of the date of service of the Complaint upon Defendant.

3. In accordance with the requirements set forth in 28 U.S.C. Section 1446(a) and Local Rule 4.02(b), copies of all process and pleadings served upon Defendant and on file in the Florida Circuit Court case as of the date of filing this notice of removal are collectively attached hereto as Exhibit A. No orders have yet been entered in the Florida Circuit Court case.

4. The events alleged by Plaintiff giving rise to these claims all allegedly occurred in Polk County, Florida. (See Plaintiff's Complaint at Paragraph 4). Thus, venue properly lies in the Tampa Division of the United States District Court for the Middle District of Florida.

5. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice shall be served on Plaintiff, the only adverse party in this action, and a copy of this Notice in the form attached hereto as Exhibit B shall be promptly filed with the Clerk of Court for the Tenth Judicial Circuit in and for Polk County, Florida immediately after this Notice is docketed by the District Court Clerk.

## **Federal Question Jurisdiction**

6. Plaintiff's Complaint presents a federal question of law pursuant to 28 U.S.C. Sections 1331 and 1441(a) and (b), as Plaintiff alleges a violation of the FLSA.

7. Therefore, removal of this action to federal court is appropriate pursuant to 28 U.S.C. Section 1441.

WHEREFORE, on the basis of the foregoing, Defendant respectfully submits that removal of this action from the Florida Circuit Court, Tenth Judicial Circuit, in and for Polk County, Florida to this Honorable Court are both timely and proper.

DATED this 13th day of January, 2015.

Respectfully submitted,

*[signature]*

John E. Duvall, Esquire
Florida Bar Number 503932
jduvall@fordharrison.com

FORD**HARRISON**LLP
225 Water Street, Suite 710
Jacksonville, Florida 32203
T (904) 357-2000 | F (904) 357-2001

Andrew R. Lincoln, Esquire
Florida Bar Number 0069588
dlincoln@fordharrison.com

FORD**HARRISON**LLP
101 East Kennedy Boulevard, Suite 900
Tampa, Florida 32203
T (813) 261-7800 | F (813) 261-7899

Attorneys for Defendant, Fields Motorcars Of Florida, Inc., a Florida corporation

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of January 2015, a true and correct copy of the foregoing Defendant's Notice Of Removal was served by United States Postal Service first class mail delivery upon the following:

Miguel Bouzas, Esquire and Gregory Owens, Esquire
BOUZAS OWENS, P.A.
2154 Duck Slough Boulevard, Suite 101
Trinity, Florida 34655

Attorneys for Plaintiff

*[signature]*
Attorney